

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES　　　　　　　　　　　　　　　　　　　　　　　　　DIVISION OF REGIONAL OFFICES
ATTORNEY GENERAL　　　　　　　　　　　　　　　　　　　　　　　BUFFALO REGIONAL OFFICE

Telephone: (716) 853-8477

January 12, 2022

By Fax (716) 551-1625 and Regular Mail
Hon. Lawrence J. Vilardo
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

　　　　　　RE:　Case Name: Ann Macaluso v. NYS Department of Corrections, et al.
　　　　　　　　　Court No.:　21-CV-00865 (LJV)
　　　　　　　　　OAG No.:　21-041198-L1

Dear Judge Vilardo:

　　　I request a two-week extension to file our reply with respect to the above-referenced matter now due January 19, 2022 until February 2, 2022. There is good cause for an adjournment in that I, along with two of my daughters, contracted covid shortly after receiving Plaintiff's submission, and I am still experiencing symptoms. Additionally, I have two previously scheduled federal replies due in the next two weeks. Both Ms. Korn and Mr. Perry have kindly consented to this adjournment. Thank you for your anticipated consideration in this matter.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*s/ Kim S. Murphy*
　　　　　　　　　　　　　　　　　　　　　　　　KIM S. MURPHY
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

KSM/jmc
Enclosure

　　cc:　　(By Email)
　　　　　Lindy Korn, Esq.　(LKorn@lkorn-law.com)
　　　　　Richard Perry, Esq. (RPerry@lkorn-law.com)